**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Eric Lacey, | ) | Case No. 1:07-cr-018 |
| | ) | |
| Defendant. | ) | |

On March 25, 2008, the Government filed a Motion to Unseal Case.  The court **GRANTS** the Government's motion (Docket No. 8) and **ORDERS** that the above-entitled action be unsealed.

Dated this 25th day of March, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court