# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:07-cr-018 |
| Eric Lacey, | ) | |
| | ) | |
| Defendant. | ) | |

___

The Court entered a Preliminary Order of Forfeiture on August 26, 2008, pursuant to the provisions of 18 U.S.C. § 2253(a). Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on September 26, 2008.

There were no filed verified petitions in this action claiming an ownership interest in the property listed and it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Order of Forfeiture.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The right, title, and interest to all of the hereinafter described property of the defendant is forfeited and vested in the United States of America, and shall be disposed of according to law.

2.     The following property belonging to ERIC LACEY, who is the subject of this Order, is forfeited to the United States of America:

One Dell Tower, Serial Number 00043-462-711-257 with power cable and two hard drives; and

One Western Digital hard drive, Serial Number WMA8F2660951.

3.     Any and all forfeited property held by the Federal Bureau of Investigations be disposed of by said agency according to law.

The Clerk is hereby directed to send certified copies of this Order to all counsel of record and to the Federal Bureau of Investigation and United States Marshal Service.

**IT IS SO ORDERED.**

Dated this 5th day of December 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court